### 25975. THOMPSON *v.* THE STATE.

BROYLES, C. J. The evidence connecting the defendant with the offense of possessing whisky was wholly circumstantial, and was insufficient to exclude every reasonable hypothesis save that of his guilt. The court erred in overruling the motion for new trial.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 21, 1937.

*D. W. Mitchell,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.